IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Darrell L. Jackson, Jr.,

                Plaintiff,

-vs-

Warden Brigham Sloan,

                Defendant.

Case No. 1:18 CV 986

O R D E R

JUDGE JACK ZOUHARY

Petitioner *pro se* Darrell Jackson filed this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and moved to proceed *in forma pauperis* (Doc. 2). This case was automatically referred to Magistrate Judge Jonathan Greenberg under Local Rule 72.2 for a Report and Recommendation. On the question of Petitioner's pauper status, the Magistrate Judge recommends this Court deny the Motion and require Petitioner to pay the five dollar filing fee (Doc. 4). Petitioner has now in fact paid his filing fee (see May 24, 2018 docket entry). Accordingly, the Motion (Doc. 2) is denied as moot, and the case will proceed before the Magistrate Judge.

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

May 30, 2018